IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ORESTES SUEQUE-SUTHERLAND,

    Petitioner,

v.                                                        CASE NO. 5:12-cv-145-RS-GRJ

DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Respondents.
_____/

**O R D E R**

Petitioner has filed Doc. 1, a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither applied for leave to proceed in forma pauperis nor paid the filing fee. Before this matter may proceed, Petitioner must either pay the filing fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments. Additionally, Petitioner failed to file his petition on the court-approved form for use in section 2241 cases, and failed to sign the petition. Local Rule 5.1(J) for the Northern District of Florida states that the court will not accept for consideration an application for writ of habeas corpus under section 2241 unless the appropriate petition form is properly completed and filed, and Petitioner must sign the petition. Thus, Petitioner must file an amended petition on the form for use in § 2241 cases.  Petitioner is advised that the amended petition must contain all of his allegations, and it should not in any way refer to the original pleading. The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded. Local Rule 15.1, Northern District of Florida.

Accordingly, it is **ORDERED**:

1. The clerk is directed to send to Petitioner an application to proceed in forma

pauperis and a copy of the form for use in Section 2241 cases. This case number should be written on the forms.

2. **On or before July 9, 2012,** Petitioner shall (1) either pay the filing fee of $5.00 or submit a fully completed application to proceed in forma pauperis, **AND** (2) file an amended habeas petition, which shall be typed or clearly written, submitted on the court form, and marked "Amended Petition."

3. Petitioner's failure to comply with an order of this court may result in a recommendation that this case be dismissed without further notice.

**DONE AND ORDERED** this 8th day of June 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge