IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ORESTES SUEQUE-SUTHERLAND,

    Petitioner,

v.                              CASE NO. 5:12-cv-145-RS-GRJ

DEPARTMENT OF HOMELAND
SECURITY, et al.,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendations (Doc. 10).

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's petition for writ of habeas corpus (Doc. 1) is **DISMISSED for lack of jurisdiction**.

3. The Clerk is directed to close the file.

**ORDERED** on January 4, 2013.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**